[PUBLISH]

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

FILED

U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
08/25/99
THOMAS K. KAHN
CLERK

----------------------------------------
No. 97-5283
----------------------------------------

Agency No. A17 599 144

ROBERT A. LETTMAN,

Petitioner,

versus

JANET RENO, Attorney General, IMMIGRATION
AND NATURALIZATION SERVICE,

Respondents.

* * * * * * * * * * * * * * * * * * * * *

--------------------------------------------
No. 98-5767
--------------------------------------------

ROBERT A. LETTMAN,

Petitioner,

versus

JANET RENO, U.S. Attorney General,
IMMIGRATION AND NATURALIZATION SERVICE,

Respondents.

----------------------------------------------------------------

Petition for Review of an Order of the
Immigration and Naturalization Service

----------------------------------------------------------------
**(August 25, 1999)**


Before TJOFLAT and EDMONDSON, Circuit Judges, and KRAVITCH, Senior
Circuit Judge.


O R D E R:

The petition for rehearing of Respondent Immigration and Naturalization

Service is GRANTED.  The case will be reargued.

The court's opinion and decision of 26 February 1999 is VACATED, except

Part A of the opinion shall remain in effect on jurisdiction.

Petitioner Lettman's motion to consolidate this case with case number 98-

5767 is GRANTED.

The Immigration and Naturalization Service is directed **not** to deport

Petitioner until further order of this Court.